IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| BILLY JOE WARD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:05-0777 |
| | ) | Judge Trauger |
| WAL-MART STORES, INC., | ) | Magistrate Judge Knowles |
| | ) | |
| Defendant. | ) | |

**O R D E R**

On February 13, 2007, the Magistrate Judge issued a Report and Recommendation, recommending that the plaintiff's Motion to Amend be denied. (Docket No. 64) No timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, the plaintiff's Motion to Amend (Docket No. 63) is **DENIED**.

It is so **ORDERED.**

Enter this 6th day of March 2007.

_____
ALETA A. TRAUGER
U.S. District Judge